1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     David W. Quinto (Bar No. 106232)
2    Shahin Rezvani (Bar No. 199614)
     R. Tulloss Delk (Bar No. 229442)
3  865 South Figueroa Street, Tenth Floor
   Los Angeles, California 90017
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5
   Attorneys for Plaintiff
6  Academy of Motion Picture Arts and Sciences

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | ACADEMY OF MOTION PICTURE         ) CASE NO. C 04-05515 WHA
   | ARTS AND SCIENCES, a California   )
12 | nonprofit corporation,            )
   |                                   ) NOTICE OF VOLUNTARY
13 |              Plaintiff,           ) DISMISSAL WITHOUT
   |                                   ) PREJUDICE
14 |       v.                          )
   |                                   ) [FED. R. CIV. P. 41(a)]
15 | HUAHAI MA, also known as ELTON    )
   | MA, an individual; MASTERDVD      )
16 | COMPANY, a business entity of     )
   | unknown form and origin; and      )
17 | DOES 1 through 10, inclusive,     )
   |                                   )
18 |              Defendants.          )
   |                                   )
19 |_____)

20

21

22

23 TO THE CLERK AND HONORABLE JUDGE OF SAID COURT:

24        PLEASE TAKE NOTICE that plaintiff Academy of Motion Picture

25 Arts and Sciences (the "Academy"), hereby dismisses its complaint as to all

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  Defendants.  The Academy makes this dismissal pursuant to Fed. R. Civ. P. 41(a).
2  None of the Defendants have answered or moved for summary judgment.

4  DATED: August 11, 2005

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By_____
Shahin Rezvani
Attorneys for Plaintiff
Academy of Motion Picture Arts and
Sciences

14  The Clerk shall close the file.

15  August 11, 2005

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA